HARTLEY *v.* MEYER.

MOTION for reargument.

*Alexander & Green,* for plaintiff (respondent).

*M. H. Regensburger,* for defendant (appellant).

Reargument denied, with ten dollars costs; no opinion.